UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GHAZI FARWANA,<br><br>    Plaintiff,<br><br>v.<br><br>TESLA, INC. and XINYE BAI,<br><br>    Defendants. | Case No. 24-cv-07518-BLF<br><br>**ORDER TERMINATING DEFENDANT TESLA'S MOTION TO COMPEL ARBITRATION WITHOUT PREJUDICE TO RENEWAL OF MOTION IN STATE COURT; DISCHARGING ORDER TO SHOW CAUSE; AND REMANDING CASE TO STATE COURT**<br><br>[Re: ECF 10, 37] |

This action was filed in the Santa Clara County Superior Court and removed to federal district court based on complete diversity of citizenship between Plaintiff Ghazi Farwana ("Farwana") and Defendant Tesla, Inc. ("Tesla"). *See* Notice of Removal, ECF 1. After removal, this Court issued an order granting Farwana's motion for leave to file an amended pleading joining Xinye Bai ("Bai") as a defendant. *See* Order, ECF 37. The order included an Order to Show Cause why the case should not be remanded for lack of subject matter jurisdiction, as it appeared that joinder of Bai likely would destroy complete diversity of citizenship. *See id.* "Subject matter jurisdiction can never be forfeited or waived and federal courts have a continuing independent obligation to determine whether subject-matter jurisdiction exists[.]" *Leeson v. Transamerica Disability Income Plan*, 671 F.3d 969, 975 n.12 (9th Cir. 2012) (internal quotation marks and citation omitted). The Court deferred consideration of Tesla's motion to compel arbitration pending resolution of the jurisdictional issue. *See id.*

Tesla filed its show cause response on April 28, 2025, advising that Tesla does not oppose remand of this case to state court because the joinder of Xinye Bai as a defendant appears to defeat diversity jurisdiction. *See* Tesla's Response, ECF 40. Given Tesla's response, the Court finds it unnecessary to wait for Farwana to file a show cause response before remanding the case. The Court will terminate Tesla's motion to compel arbitration without prejudice to Tesla's renewal of its motion to compel arbitration in state court.

**ORDER**

(1) Defendant Tesla's motion to compel arbitration (ECF 10) is TERMINATED WITHOUT PREJUDICE to Tesla's renewal of its motion to compel arbitration in state court following remand;

(2) The Order to Show Cause (ECF 37) is DISCHARGED;

(3) This action is REMANDED to the Santa Clara County Superior Court for lack of subject matter jurisdiction; and

(4) This order terminates ECF 10 and 37.

Dated: April 29, 2025

_____
BETH LABSON FREEMAN
United States District Judge